IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:

JUSTIN WOOD
SSAN: XXX-XX-6843

Debtor(s)

Case No. 16-31917-DHW
Chapter 13

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on July 21, 2016.

2. The debtor(s)' §341 Meeting of Creditors was held September 08, 2016.

(**X**) The debtor(s)' plan fails to meet the best interest of creditors test as discussed at the 341.

(**X**) Debtor has two pieces of property with a value of $2,920.00 not listed which is not exempt.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 11, 2016.

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: mckinneys@ch13mdal.com

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Acting Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 11, 2016.

Copy to: DEBTOR(S)
JOSHUA C MILAM

/s/ *Sabrina L. McKinney*

Sabrina L. McKinney
Acting Chapter 13 Trustee